**IT IS SO ORDERED.**

**SIGNED THIS: July 21, 2017**

_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:        Richard Brian Gibbs                                              Case No.    17-90745

Debtor

### ORDER

     IT IS HEREBY ORDERED that the above-captioned case is transferred to Northern District of Illinois, Eastern Division.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###